F775harC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

           v.                               15 Cr. 386 (JGK0

CORY HARRIS, DANIEL HERRING,
JARON LANGHORNE, MITCHELL
MALDONADO, UNIQUE NEWELL,
ANDREW ROBLES, MIGUEL ROBLES
and LUIS ZABALA,

              Defendants.

------------------------------x
                                            July 7, 2015
                                            4:30 p.m.

Before:

                   HON. JOHN G. KOELTL,

                                            District Judge
```

APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
BY:  MICHAEL GERBER
     HADASSA WAXMAN
     Assistant United States Attorneys

BOBBI C. STERNHEIM
     Attorney for Defendant Harris

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
     Attorneys for Defendant Herring
BY:  ROBERT A. SOLOWAY

MARLON KIRTON
     Attorney for Defendant Langhorne

IRVING COHEN
     Attorney for Defendant M. Maldonado

DONALD J. YANNELLA, III
     Attorney for Defendant Newell

MARK S. DeMARCO
     Attorney for Defendant A. Robles

ERIC M. SEARS
     Attorney for Defendant M. Robles

SPEARS & IMES, LLP
     Attorneys for Defendant Zabala
BY:  JOANNA C. HENDON
     ALICIA K. AMDUR

1           (Case called)
2           THE DEPUTY CLERK:  All parties please state who they
3  are for the record, and defense counsel please indicate whether
4  your client is present.
5           MS. WAXMAN:  Good afternoon, your Honor.  Hadassa
6  Waxman and Michael Gerber for the United States.
7           MR. GERBER:  Good afternoon, your Honor.
8           MS. WAXMAN:  Good afternoon, your Honor.  Bobbi C.
9  Sternheim for Cory Harris.  Cory -- raise your hand -- is
10  seated first row.  Thank you.
11          THE COURT:  Okay.  Thank you.
12          MR. SOLOWAY:  Good afternoon, your Honor.  I am Robert
13  Soloway for Daniel Herring.  He is seated in the jury box first
14  row, third from the left, your Honor, and third from the right.
15          THE COURT:  Thank you.  Great.
16          MR. KIRTON:  Marlon Kirton for Jaron Langhorne seated
17  in the first row, fourth seat.  Mr. Langhorne?  Good afternoon,
18  your Honor.
19          THE COURT:  Good afternoon, thank you.
20          MS. HENDON:  Good afternoon, your Honor.  Joanna
21  Hendon and Alicia Amdur for Mr. Zabala.  Mr. Zabala just stood
22  up, he is in the second row in the jury box.
23          THE COURT:  Thank you.
24          MR. COHEN:  Good afternoon, your Honor.  Irving Cohen
25  appearing for Mitchell Maldonado.  He is the first person in

F775harC

1     the box.
2                THE COURT:  Okay.  Thank you.
3                MR. YANNELLA:  Good afternoon.  Daniel Yannella for
4     Unique Newell who is in the second row raising his hand.
5                THE COURT:  Thank you.
6                MR. SEARS:  Good afternoon, your Honor.  Eric Sears
7     for Miguel Robles who is standing up in the third row in the
8     audience.
9                THE COURT:  Okay.  Thank you.
10               MR. DEMARCO:  And Mark DeMarco for Andrew Robles who
11    is in the jury box, your Honor.
12               THE COURT:  Thank you.
13               Ms. Waxman?
14               MS. WAXMAN:  Thank you, your Honor.
15               As the Court is aware, the indictment charges 12
16    defendants, eight of whom are present in court before your
17    Honor.  There are four outstanding defendants, three of whom
18    are incarcerated in Vermont, and the marshals are in the
19    process of transferring them over to the Southern District,
20    specifically Frank Jenkins is charged in the District of
21    Vermont.  We submitted a writ and the marshals are coordinating
22    with marshals in Vermont to have him transferred here.  Raheem
23    Maldonado, we understand from the marshals, that he should be
24    in this district at some point next week.  And Krystal
25    Pinnsoneault and the marshals are trying to coordinate her

1    arrival in the district as well.  In addition, Adam Phillips,
2    who was arrested in the Eastern District of Pennsylvania and is
3    incarcerated there, will be brought to the district hopefully
4    next week.
5              Your Honor, the government has begun to produce
6    discovery --
7              THE COURT:  Can I just stop you for a moment?
8              MS. WAXMAN:  Sure.
9              THE COURT:  With respect to the eight defendants in
10   court, were they arraigned before the magistrate?
11             MS. WAXMAN:  Yes, they were all arraigned before the
12   magistrate, your Honor.
13             THE COURT:  And warned of their rights?
14             MS. WAXMAN:  Each of them was so warned, your Honor.
15             THE COURT:  What is the state of the speedy trial
16   clock with respect to those eight?
17             MS. WAXMAN:  So, your Honor, the speedy trial clock,
18   there is a difference among the eight and I can review that
19   with your Honor.
20             Your Honor, most of these defendants were presented
21   before Judge Freeman.  She explicitly excluded time with
22   respect to a number of the defendants; Daniel Herring,
23   Mr. Newell, Mr. Robles -- Miguel Robles and his brother Andrew
24   Robles.  Judge Freeman declined to exclude time with respect to
25   Mr. Harris, Mr. Mitchell Maldonado and Mr. Luis Zabala.

             It is the government's view, of course, that exclusion as to one of the defendants is exclusion as to all, so it is the government's view that we have lost no time on the speedy trial clock.

             THE COURT:  No time.

             MS. WAXMAN:  Yes.  Correct.

             THE COURT:  I interrupted you.  Go ahead.

             MS. WAXMAN:  Your Honor, I was just going to summarize, if your Honor would like to hear the status of discovery.

             THE COURT:  Yes.

             MS. WAXMAN:  The government made its first production on Friday, July 2nd, 2015, and we have confirmed with the defendants that they have received that production.  That production has included a number of undercover buys of crack cocaine and heroin that were directed and supervised by law enforcement in Vermont.  There are buy reports, reports written by a law enforcement agent up in Vermont.  In addition, some of those buys were recorded through audio and video.  There were photographs of the evidence in connection with those buys and that has all been produced to the defendants.

             In addition, the government has produced documents from Western Union and MoneyGram which show money transfers from some of the defendants in Vermont to recipients here in New York City.

1            In addition, your Honor, the government seized a
2   number of phones in connection with the investigation.  We have
3   downloaded the data from those phones and we have produced that
4   which includes contact lists, call logs, text messages and so
5   forth.  So that was produced as of Thursday of last week.
6            Today the government handed the defendants its second
7   production which includes search warrant applications and
8   related warrants and orders on four locations that were
9   searched in connection with the takedown.  We have also
10  produced GPS applications and the related warrants and orders
11  for cellular telephones that were used by many of the
12  defendants.
13           The government will continue to produce discovery on a
14  rolling basis.
15           As we have discussed with some of the counsel prior to
16  your Honor taking the bench, what remains outstanding are what
17  we call individual discovery which includes the criminal
18  histories for each of the defendants, the marshal intake form
19  for each of the defendants, and recorded post-arrest statements
20  to the extent that any of the defendants made them.  In
21  addition, we still have to produce the search warrant returns
22  so photographs of the evidence seized during the execution of
23  the four search warrants.
24           In addition, the government, as I just noted, had GPS
25  orders on many of the defendants' cell phones.  We still need

1    to produce the data obtained from those GPS orders.
2              There is material from Facebook which we will produce
3    and there is also several NYPD reports that need to be
4    produced.
5              In addition, the government will make available, at
6    the defense request, any of the physical evidence and the
7    defense would be able to inspect that evidence at their
8    convenience.
9              THE COURT:  When do you expect to complete discovery?
10             MS. WAXMAN:  Your Honor, I would think in the next
11   three to four weeks discovery will be completed.
12             THE COURT:  Okay.  All right.  I am perfectly happy to
13   listen to anything that any defense counsel wants to tell me.
14   I would normally set the case down for another conference a
15   reasonable period of time after the government has completed
16   discovery.  The government says they would complete discovery
17   by approximately the first week in August which means that I
18   would set it down for another conference sometime in about the
19   second week in September or so -- if that's amenable to
20   defense.
21             MR. DEMARCO:  Judge, are you talking about the week of
22   September 14th?  Or the previous week.
23             THE COURT:  Whatever would be --
24             MR. DEMARCO:  There are some holidays but they don't
25   affect me, they affect Mr. Yannella.

F775harC

1           MS. STERNHEIM:  Your Honor, would it be possible to do
2   it mid or later in the week of the 14th?
3           THE COURT:  Sure.
4           Mr. Fletcher?
5           MR. COHEN:  16th, 17th.  No good.
6           MS. STERNHEIM:  16th, 17th, 18th.
7           THE COURT:  How about September the 16th at 4:30 p.m.
8           MS. WAXMAN:  Yes, your Honor.  That's fine.  Thank you
9   very much.
10          MR. KIRTON:  That's fine.
11          MS. STERNHEIM:  Thank you.
12          THE COURT:  That's not a holiday.
13          MS. STERNHEIM:  That's not a holiday that day.
14          THE COURT:  Okay.
15          MR. KIRTON:  Your Honor, I did want to raise one
16  issue.
17          I was actually appointed to this case by the
18  magistrate on Saturday, June 27th.  I did not appear that day
19  in court because my duty day was Monday, June 29th.  Based on
20  my reading of the docket sheet, our speedy trial time was not
21  excluded for Mr. Langhorne based on the reading of the docket
22  sheet.  I know the government's position about speedy trial in
23  general, but I just wanted to note, based on my reading of the
24  docket sheet, it was not excluded for Mr. Langhorne --
25          THE COURT:  Okay.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1          MR. KIRTON: -- by the magistrate on Saturday.

2          THE COURT: Okay. Well, I will be excluding time

3   today and the government's representation is that as far as its

4   concerned at the moment there is no time off the speedy trial

5   clock. If any defense counsel disagrees with that, please,

6   send me a letter explaining why that's not true. I had also

7   thought that the longest speedy trial clock applicable to any

8   defendant in a co-defendant case is the applicable speedy trial

9   clock for all of the defendants. But, if anyone, again,

10  disagrees with me, send me a letter indicating that there

11  should be a different speedy trial clock. But, as of now, the

12  government's representation with which I agree, is that there

13  is no time off the speedy trial clock. So, if anyone

14  disagrees, please send me a letter so I can get it resolved.

15  But, thank you for bringing that to my attention, Mr. Kirton.

16         So, I will exclude prospectively the time from today

17  until September 16th from Speedy Trial Act calculations. The

18  continuance is designed to assure effective assistance of

19  counsel, it is designed to allow the government to make

20  discovery and the defendants to review it. The Court finds

21  that the ends of justice served by ordering the continuance

22  outweigh the best interest of the defendants and public in

23  speedy trial. This order of exclusion is made pursuant to

24  18 U.S.C. Section 3161(h)(7)(A).

25         Mr. Cohen, you have a separate application?

1      MR. COHEN:  Yes.  Before that, your Honor -- nobody
2 has to stay for the second application.
3      THE COURT:  Right.
4      MR. COHEN:  I spoke to the government about getting
5 the defendants or my client, obviously, and the rest of the
6 defendants who are incarcerated the discovery material, and I
7 was assured that they would be receiving the same two disks at
8 their place of incarceration so that would affect how quickly
9 we can confer with our clients about the discovery.
10      THE COURT:  Ms. Waxman?
11      MS. WAXMAN:  Your Honor, we will send the discovery to
12 both the MCC and the MDC this week.
13      THE COURT:  Okay.  Thank you.
14      MR. SOLOWAY:  Your Honor, one quick thing.  Robert
15 Soloway for Daniel Herring.
16      I wanted to make, at my client's firm request and at
17 this point early in the case, I wanted to point out that my
18 client is having some difficulty getting medical attention for
19 a painful condition on his left shoulder that he is having a
20 problem.
21      THE COURT:  That's Mr. Herring?
22      MR. SOLOWAY:  Yes.
23      THE COURT:  Okay.
24      Ms. Waxman, will you inquire --
25      is he at the MCC or MDC?

F775harC

1           MR. SOLOWAY:  MDC, your Honor.
2           THE COURT:  MDC.
3           Ms. Waxman, will you inquire of the MDC about the
4  problem that Mr. Herring is having with his shoulder and have
5  the MDC assure that his shoulder is being treated and confirm
6  it in a letter to defense counsel, the government, and the
7  Court?
8           MS. WAXMAN:  Yes, your Honor.  We will do that.
9           THE COURT:  Okay?
10          MR. SOLOWAY:  Yes, Judge.
11          THE COURT:  Anything else?  So, I will deal with
12 Mr. Cohen and his client afterwards.
13          Thank you, all.
14                           o0o