**Donald Yannella, P.C.**
**Attorney at Law**
Member of NY & NJ Bars
**233 Broadway, Suite 2370**
**New York, NY  10279**

**Tel:  (212) 226-2883**
**Fax:  (646) 430-8379**
**nynjcrimlawyer@gmail.com**

September 8, 2016

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    United States v. Unique Newell
              15 Cr 386 (JGK)

Dear Judge Koeltl:

      I am counsel for Unique Newell, who is scheduled to be sentenced on September 16, 2016.  The original sentence date of July 8, 2016 was adjourned, without objection by the Government, at my request.

      With the consent of AUSA Hadassa Waxman, I respectfully request that the sentence be adjourned for approximately 45 more days.  The basis for this request is that I am still in the process of gathering psychiatric records from various institutions which I believe are mitigating.

      Sincerely,

      /s/

      Donald J. Yannella, Esq.