```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                ORIGINAL
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :    SUPERSEDING INDICTMENT
           - v. -                :
                                 :    S7 15 Cr. 386 (JGK)
CORY HARRIS,                     :
    a/k/a "Hop,"                 :
    a/k/a "P,"                   :
                                 :
                  Defendant.     :
                                 :
- - - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 17 2017

**COUNT ONE**

The Grand Jury charges:

1. From at least in or about 2012, up to and including in or about 2015, in the Southern District of New York and elsewhere, CORY HARRIS, a/k/a "Hop," a/k/a "P," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that CORY HARRIS, a/k/a "Hop," a/k/a "P," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that CORY HARRIS, a/k/a "Hop," a/k/a "P," the defendant, conspired to distribute and

possess with intent to distribute were: (1) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A); (2) 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B); and (3) a quantity of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4. From at least in or about 2012, up to and including in or about 2015, on occasions other than the murder of Rashaun Nicholson on or about December 28, 2014, in the Southern District of New York and elsewhere, CORY HARRIS, a/k/a "Hop," a/k/a "P," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, knowingly did use and carry firearms, and, in furtherance of such drug trafficking crime,

2

did possess firearms, and did aid and abet the use, carrying, and possession of firearms.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

### COUNT THREE

The Grand Jury further charges:

5. In or about December 2014, in the Southern District of New York and elsewhere, CORY HARRIS, a/k/a "Hop," a/k/a "P," the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to travel in and to cause another to travel in interstate and foreign commerce, and to use and to cause another to use the mail and any facility of interstate and foreign commerce, with intent that a murder be committed in violation of the laws of a State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, and death resulted, to wit, HARRIS agreed to pay Frank Jenkins Jr. to murder Rashaun Nicholson, and as a result Jenkins shot Nicholson to death in the vicinity of 78 Catherine Street, New York, New York.

(Title 18, United States Code, Section 1958.)

3

## COUNT FOUR

The Grand Jury further charges:

6. In or about December 2014, in the Southern District of New York and elsewhere, CORY HARRIS, a/k/a "Hop," a/k/a "P," the defendant, and others known and unknown, knowingly did travel in and cause another to travel in interstate and foreign commerce, and did use and cause another to use the mail and any facility of interstate and foreign commerce, with intent that a murder be committed in violation of the laws of any State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, and did aid and abet the same, and death resulted, to wit, HARRIS agreed to pay Frank Jenkins Jr. to murder Rashaun Nicholson, and as a result Jenkins shot Nicholson to death in the vicinity of 78 Catherine Street, New York, New York.

(Title 18, United States Code, Sections 1958 and 2.)

## COUNT FIVE

The Grand Jury further charges:

7. On or about December 28, 2014, in the Southern District of New York, while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21, United States Code, namely, a conspiracy to distribute, and to possess with the

4

intent to distribute, 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," CORY HARRIS, a/k/a "Hop," a/k/a "P," the defendant, intentionally and knowingly killed, and counseled, commanded, induced, procured, and caused the intentional killing of Rashaun Nicholson, and did aid and abet the intentional killing of Nicholson, in the vicinity of 78 Catherine Street, New York, New York.

(Title 21, United States Code, Section 848(e)(1)(A) and

Title 18, United States Code, Section 2.)

## COUNT SIX

The Grand Jury further charges:

8. On or about December 28, 2014, in the Southern District of New York, CORY HARRIS, a/k/a "Hop," a/k/a "P," the defendant, willfully and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such drug trafficking crime, did possess a firearm, and in the course of that drug trafficking crime did, through the use of a firearm, cause the death of a person, which killing is murder as defined in Title 18, United States Code, Section 1111(a), and did aid and abet the same, to wit, Frank

Jenkins Jr., at the direction, and with the assistance, of HARRIS, shot and killed Rashaun Nicholson in the vicinity of 78 Catherine Street, New York, New York.

(Title 18, United States Code, Sections 924(j) and 2.)

### FORFEITURE ALLEGATION

9. As a result of committing the controlled substance offense alleged in Count One of this Indictment, CORY HARRIS, a/k/a "Hop," a/k/a "P," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

10. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Sections 841 and 853.)

*[signature]*
FOREPERSON 2/17/2017

*[signature]*
PREET BHARARA MJ
United States Attorney

7

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CORY HARRIS,

Defendant.

INDICTMENT

S7 15 Cr. 386 (JGK)

(18 U.S.C. §§ 924, 1958, and 2;
21 U.S.C. § 846.)

PREET BHARARA
United States Attorney.

A TRUE BILL

*Nicola Scalise*
2/17/2017    Foreperson.

2/17/17 - Filed Superseding Indictment

*J Gorenstein*