```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-7-17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

CORY HARRIS, ET AL.,

        Defendants.

---

15 Cr. 386 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As stated at the conference held today, the Government shall provide additional briefing on its motion in limine by **Thursday, March 9, 2017**. The defendant shall provide a reply by the morning of **Tuesday, March 14, 2017**. A final pretrial conference is scheduled for **Friday, March 17, 2017 at 2:30pm**.

SO ORDERED.

Dated:    New York, New York
            March 7, 2017

                                          John G. Koeltl
                                    United States District Judge